IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EMMANUEL JAMAL DOWNS                                                                      PLAINTIFF

v.                                              4:19CV00591-SWW-JJV

RUSTY PAGE, *et al*.                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's medical indifference claims are DISMISSED without prejudice.;

2. The Doe Defendants are DISMISSED without prejudice;

3. Plaintiff's official capacity claims against Defendants Rusty Page, Kevin Neal, and Roberts are DISMISSED without prejudice; and

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 12th day of September 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE